UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DESHIKA GAYMON,

                       Plaintiffs,

        -against-

GRAMERCY SURGERY CENTER, INC.
d/b/a GRAMERCY SURGERY CENTER,
AUSTIN CHENG, JEFFREY FLYNN,
NELSON GRAMERCY,

                       Defendants.
-------------------------------------------------------X

Index No. 20-cv- 09298 (AJN)

PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

To:
KAUFMAN BORGEEST & RYAN LLP
Joan M. Gilbride
120 Broadway, 14th Floor
New York, New York 10271
Telephone: 212-980-9600
Fax: 212-980-9291
Email: jgilbride@kbrlaw.com
Attorneys for Defendants

      PLEASE TAKE NOTICE that Plaintiff DESHIKA GAYMON hereby accepts the offer of judgment made by Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated April 2, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       April 7, 2021

By: /s/ [signature]
Daniel Tannenbaum
576 Fifth Avenue, Suite 903
New York, NY 10036
Telephone: (212) 457-1699