UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DESHIKA GAYMON,

                       Plaintiffs,

                Index No. 20-cv- 09298 (AJN)

    -against-

GRAMERCY SURGERY CENTER, INC.         [Proposed Form Of]
d/b/a GRAMERCY SURGERY CENTER,      JUDGMENT
AUSTIN CHENG, JEFFREY FLYNN,
NELSON GRAMERCY,

                      Defendants.
--------------------------------------------------------X

      On April 7, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff DESHIKA GAYMON have judgment against Defendants GRAMERCY SURGERY CENTER, INC. d/b/a GRAMERCY SURGERY CENTER, AUSTIN CHENG, JEFFREY FLYNN and NELSON CHENG (collectively "Defendants"), jointly and severally, in the amount of $10,000 (Ten Thousand Dollars) which is inclusive of attorneys' fees, costs, and expenses, damages, liquidated damages, and interest.  Payment shall be due within 30 days of April 7, 2021. If payment is made, no further payment will be due from Defendants with respect to this matter, or any other matter.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as

- 2 -

an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Dated: _____, 2021

_____
HON. ALISON J. NATHAN